```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**THERESA PRYOR**                                                      **PLAINTIFF**

        v.        Civil No. 12-5166

**BETTE STAMPS, Court Clerk;**
**CORPORAL ROY KNOTTS;**
**OFFICER BLAKE WILLIAMSON;**
**SERGEANT JOHN DOE; and**
**KRISTY BURTON, Parole Officer**                                      **DEFENDANTS**

## O R D E R

Now on this 31st day of August, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #5). The Court, being well and sufficiently advised, finds and orders as follows:

1. The Magistrate Judge recommends that this case be dismissed pursuant to the three-strikes provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), which states that a prisoner shall not be allowed to bring a civil action if the prisoner has previously brought three or more actions, while incarcerated, that were dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

2. Plaintiff has, in fact, had more than three prior cases dismissed as frivolous and has had at least two cases dismissed pursuant to the three-strikes provision.

3. Plaintiff's complaint makes no allegation that she is

currently under imminent danger of serious physical injury.

    4.   Plaintiff has filed a lengthy document that purports to be a statement of objections to the Report and Recommendation (document #9). The document, much of which is illegible, does not appear to address the recommendations of the Magistrate Judge at all and, instead, appears to be a restatement of plaintiff's allegations against the defendants.

    5.   The Court finds that the Report and Recommendation is sound and that plaintiff has stated neither law nor fact to refute the recommendation.

**IT IS THEREFORE ORDERED** that plaintiff's objections to the Report and Recommendation (document #9) are **overruled,** and the **Magistrate Judge's Report and Recommendation** (document #5) is **adopted *in toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's complaint is **dismissed with prejudice**. The Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**