IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THERESA PRYOR**                                                                                                           **PLAINTIFF**

        v.            Civil No. 12-5166

**BETTE STAMPS, Court Clerk;**
**et al.**                                                                                                                            **DEFENDANTS**

O R D E R

Now on this 26th day of February 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #17) and plaintiff's objection thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #17) is hereby **adopted *in toto***, and plaintiff's objection is **overruled**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Application to Proceed In Forma Pauperis** (document #12) is **denied**.

IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**